UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL K. O'CONNELL : CHAPTER 13
    Debtor(s) :
     :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
     :
    vs. :
     :
MICHAEL K. O'CONNELL :
    Respondent(s) : CASE NO. 1-16-bk-00168

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 21st day of July, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid – 100% plan.
    b. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court. (Department of Revenue – Claim #1)

3. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor has excess non-exempt equity in the following:

    a. Residential real estate - CMA

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

                       Respectfully submitted:

                       Charles J. DeHart, III
                       Standing Chapter 13 Trustee
                       8125 Adams Drive, Suite A
                       Hummelstown, PA 17036
                       (717) 566-6097

BY:    /s/James K. Jones
        Attorney for Trustee

## CERTIFICATE OF SERVICE

     AND NOW, this 21st day of July, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Turner, Esquire
4701 North Front Street
Harrisburg, PA 17110

                       /s/Deborah A. Behney
                       Office of Charles J. DeHart, III
                       Standing Chapter 13 Trustee