IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL K. O'CONNELL | : | |
| | : | DOCKET NO.: 1:16-bk-00168-MDF |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | WITHDRAWAL OF OBJECTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL K. O'CONNELL | : | |
| | : | RELATED TO DOCKET NO.: 22 |
| RESPONDENT | : | |

WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S
PROPOSED CHAPTER 13 PLAN

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and Counsel Joseph J. Swartz, and withdraws its Objection to Debtor's Chapter 13 Plan, which was filed on March 18, 2016, as the Debtor has cured all issues with the filing of his Second Amended Plan, docketed at number 31.

Date:   August 18, 2016                                     Respectfully submitted by,


                                          By:    /s/ Joseph J. Swartz
                                                 Counsel
                                                 PA Department of Revenue
                                                 Office of Chief Counsel
                                                 P.O. Box 281061
                                                 Harrisburg, PA 17128-1061
                                                 PA Attorney I.D.:  309233
                                                 Phone: (717) 346-4645
                                                 Facsimile: (717) 772-1459
                                                 Email: JoseSwartz@pa.gov