IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL K. O'CONNELL | : | |
| | : | DOCKET NO.: 1:16-bk-00168-MDF |
| <u>DEBTOR</u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | WITHDRAWAL OF OBJECTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL K. O'CONNELL | : | |
| | : | RELATED TO DOCKET NO.: <u>32</u> |
| RESPONDENT | : | |

<u>CERTIFICATE OF SERVICE FOR WITHDRAWAL OF
THE PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN</u>

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Withdrawal of Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on August 18, 2016, by:

**1:16-bk-00168-MDF Notice will be electronically mailed to:**

Charles J. DeHart, III at dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

Joshua I .Goldman at bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Recovery Management Systems Corporation at claims@recoverycorp.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

James H. Turner at pat@turnerandoconnell.com

United States Trustee at ustpregion03.ha.ecf@usdoj.gov

**1:16-bk-00168-MDF Notice will not be electronically mailed to:**

EXECUTED ON:  August 22, 2016

                Respectfully submitted by,

              By: /s/ Joseph J. Swartz
                 Counsel
                 PA Department of Revenue
                 Office of Chief Counsel
                 P.O. Box 281061
                 Harrisburg, PA 17128-1061
                 PA Attorney I.D.:  309233
                 Phone: (717) 346-4645
                 Facsimile: (717) 772-1459
                 JoseSwartz@pa.gov