# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael K. O'Connell | |
| Debtor(s) | CHAPTER 13 |
| PNC Bank, National Association | |
| Movant | |
| vs. | |
| Michael K. O'Connell | NO. 16-00168 HWV |
| Debtor(s) | |
| Charles J. DeHart, III Esq. | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certificate of Default Stipulation of PNC Bank, National Association, which was filed with the Court on or about **April 17, 2019; Docket No. 45**.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594

April 18, 2019