UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CASE NO.: 1:16-bk-00168-HWV
CHAPTER 13

Michael K O'Connell,
    Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202,**
**FAIRFIELD, NJ 07004**

    RAS Citron, LLC
    Authorized Agent for Secured Creditor
    130 Clinton Road, Suite 202,
    Fairfield, NJ 07004
    Telephone: 470-321-7112

    By: /s/Charles Wohlrab
        Charles Wohlrab
        Email: CWohlrab@rascrane.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 11, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL K O'CONNELL
605 LINDENWOOD LANE
HARRISBURG, PA 17113

And via electronic mail to:

TURNER AND O'CONNELL
915 N MOUNTAIN ROAD  SUITE D
HARRISBURG, PA 17112

CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/ Luwam Habtegabir
Luwam Habtegabir
Email: lhabtegabir@rascrane.com