UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    MICHAEL K O'CONNELL　　　　　　　　　　　Case No.: 1-16-00168-HWV
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVI |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 2914/PRE ARREARS/605 LINDENWOOD LN |
| Property Address if applicable: | 605 LINDENWOOD LANE, , HARRISBURG, PA17113 |

**PART 2:** **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $20,057.12 |
| b. | Prepetition arrearages paid by the Trustee: | $20,057.12 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $20,057.12 |

**PART 3:** **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2021  Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Creditor Name: NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVI
Court Claim Number: 06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1156580 | 10/05/2016 | $799.36 | $0.00 | $799.36 |
| 5200 | 1158163 | 11/02/2016 | $616.13 | $0.00 | $616.13 |
| 5200 | 1159783 | 12/06/2016 | $616.13 | $0.00 | $616.13 |
| 5200 | 1161353 | 01/12/2017 | $616.13 | $0.00 | $616.13 |
| 5200 | 1164411 | 03/09/2017 | $616.13 | $0.00 | $616.13 |
| 5200 | 1166046 | 04/12/2017 | $616.13 | $0.00 | $616.13 |
| 5200 | 1167586 | 05/11/2017 | $616.13 | $0.00 | $616.13 |
| 5200 | 1169176 | 06/13/2017 | $616.13 | $0.00 | $616.13 |
| 5200 | 1170571 | 07/06/2017 | $616.13 | $0.00 | $616.13 |
| 5200 | 1172068 | 08/10/2017 | $616.13 | $0.00 | $616.13 |
| 5200 | 1173596 | 09/19/2017 | $1,232.26 | $0.00 | $1232.26 |
| 5200 | 1176199 | 11/08/2017 | $613.51 | $0.00 | $613.51 |
| 5200 | 1177583 | 12/05/2017 | $613.51 | $0.00 | $613.51 |
| 5200 | 1179013 | 01/11/2018 | $613.51 | $0.00 | $613.51 |
| 5200 | 1180389 | 02/08/2018 | $613.51 | $0.00 | $613.51 |
| 5200 | 1181750 | 03/08/2018 | $613.51 | $0.00 | $613.51 |
| 5200 | 1183120 | 04/03/2018 | $613.51 | $0.00 | $613.51 |
| 5200 | 1186246 | 05/15/2018 | $1,227.02 | $0.00 | $1227.02 |
| 5200 | 1188928 | 07/12/2018 | $613.51 | $0.00 | $613.51 |
| 5200 | 1190291 | 08/09/2018 | $613.51 | $0.00 | $613.51 |
| 5200 | 1191600 | 09/06/2018 | $613.51 | $0.00 | $613.51 |
| 5200 | 1192951 | 10/10/2018 | $613.51 | $0.00 | $613.51 |
| 5200 | 1194297 | 11/08/2018 | $610.89 | $0.00 | $610.89 |
| 5200 | 1195702 | 12/13/2018 | $1,221.78 | $0.00 | $1221.78 |
| 5200 | 1198183 | 02/07/2019 | $610.89 | $0.00 | $610.89 |
| 5200 | 1200838 | 04/11/2019 | $610.89 | $0.00 | $610.89 |
| 5200 | 1202162 | 05/09/2019 | $610.89 | $0.00 | $610.89 |
| 5200 | 1203471 | 06/06/2019 | $610.89 | $0.00 | $610.89 |
| 5200 | 1204874 | 07/11/2019 | $610.89 | $0.00 | $610.89 |
| 5200 | 1207712 | 09/26/2019 | $231.09 | $0.00 | $231.09 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MICHAEL K O'CONNELL    Case No.: 1-16-00168-HWV
                      Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JAMES H. TURNER, ESQUIRE<br>TURNER AND O'CONNELL<br>915 N MOUNTAIN ROAD, SUITE D<br>HARRISBURG PA, 17112- | SERVED ELECTRONICALLY |
| SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC, 29603-0675 | SERVED BY 1ST CLASS MAIL |
| MICHAEL K O'CONNELL<br>605 LINDENWOOD LANE<br>HARRISBURG, PA 17113 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Case 1:16-bk-00168-HWV    Doc 58    Filed 03/24/21    Entered 03/24/21 11:57:39    Desc
Page 4 of 4